■ JACOB MORROW et al., Respondents, v. GREEN KNOLLS HOMES, INC., et al., Defendants, and AMERICAN CONVERSION Co., INC., et al., Appellants.— In an action to declare null and void certain conveyances of real property, and for other relief, the appeal is from an order denying appellants' motion to vacate,

as to them, respondents' notice to examine before trial all the adverse parties. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ., concur.